# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBIN M. LEE,

    Petitioner,

vs.

CLARK COUNTY DETENTION CENTER, et al.,

    Respondents.

Case No. 2:13-cv-01668-GMN-PAL

**ORDER**

    Petitioner has submitted a petition for a writ of habeas corpus. He gives his address as the Clark County Detention Center. The court takes judicial notice of Lee v. Wolfson, 2:13-cv-01928-JCM-CWH. In that civil rights action pursuant to 42 U.S.C. § 1983, mail to petitioner has been returned with the notation that he is no longer in custody at the Clark County Detention Center. Petitioner has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

    **DATED** this 7th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge